UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  20-CR-3022-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/ TRIAL SETTING |
| JUAN GABRIEL POZOS, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the joint Motion to Continue the Motion Hearing/Trial Setting is GRANTED.  The October 30, 2020 at 1:30 p.m., Motion Hearing/Trial Setting is hereby continued to Friday, December 4, 2020 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  October 28, 2020

Hon. Janis L. Sammartino
United States District Judge